EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail:  loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 02 2005

at __ o'clock and __ min. __ M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                    )<br>          Plaintiff,                )<br>                                    )<br>     v.                             )<br>                                    )<br> DARRIN K. YOUNG,                   )<br>                                    )<br>          Defendant.                )<br>_____) | CR. NO.  CR05-00051  DAE<br><br>INDICTMENT<br><br>[18 U.S.C. § 922(g)(1)] |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about January 22, 2005, in the District of Hawaii, the defendant, DARRIN K. YOUNG, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to

wit, a Glock, Model 23, .40 caliber handgun, serial number FWE955 and eight (8) rounds of Winchester .40 caliber ammunition.

    All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

    DATED: February 2, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Violent Crimes Section

_____
LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. DARRIN K. YOUNG
Cr. No. _____
"Indictment"

2