PETER C. WOLFF, JR.        #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE     #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:      fpdhi@hotmail.com

Attorney for Defendant
DARRIN YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00051 DAE |
| Plaintiff, | ) |
| vs. | ) STIPULATION AND ORDER TO ALLOW OVERNIGHT VISITS WITH FAMILY |
| DARRIN YOUNG, | ) |
| Defendant. | ) |

**STIPULATION AND ORDER TO
ALLOW OVERNIGHT VISITS WITH FAMILY**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant DARRIN YOUNG, be allowed to have overnight visits with his family.

Defendant is currently in treatment at Po'ailani and eligible to participate in overnight passes. Therefore, Defendant shall will be allowed to have overnight visits with his family with prior approval by Pretrial Services.

All other conditions of pretrial release to remain the same.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, December 28, 2005.

_____
LORETTA A. FAYMONVILLE
Attorney for Defendant
DARRIN YOUNG

_____
CLARE CONNORS
Attorney for Plaintiff
UNITED STATES OF AMERICA

_____
ALISON THOM
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED: Honolulu, Hawaii, DEC 29 2005.

_____
United States Magistrate Judge
District of Hawaii

UNITED STATES v. DARRIN YOUNG, CR. NO. 05-00051 DAE, STIPULATION AND ORDER TO ALLOW OVERNIGHT VISITS WITH FAMILY