PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE  #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:    loretta_faymonville@fd.org

Attorney for Defendant
DARRIN YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. 05-00051 DAE |
| | ) |
| Plaintiff, | ) STIPULATION AND ORDER TO |
| | ) ALLOW OVERNIGHT VISITS |
| vs. | ) |
| | ) |
| DARRIN YOUNG, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**STIPULATION AND ORDER
TO ALLOW OVERNIGHT VISITS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant DARRIN YOUNG, be allowed to have overnight visits.

Defendant is currently in treatment at Po'ailani and eligible to participate in overnight passes.  Therefore, Defendant shall be allowed to have overnight visits with prior approval by Pretrial Services.

All other conditions of pretrial release to remain the same.

IT IS SO STIPULATED:

DATED:  Honolulu, Hawaii, February 24, 2006.

      /s/ Alexander Silvert for
LORETTA A. FAYMONVILLE
Attorney for Defendant
DARRIN YOUNG

      /s/ Clare E. Connors
CLARE E. CONNORS
Attorney for Plaintiff
UNITED STATES OF AMERICA

      /s/ Alison G.K. Thom
ALISON G.K. THOM
United States Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii, February 24, 2006.



Kevin S.C. Chang
United States Magistrate Judge

UNITED STATES v. DARRIN YOUNG, CR. NO. 05-00051 DAE, STIPULATION AND ORDER TO ALLOW OVERNIGHT VISITS