ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 1 6 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

U.S.A. vs. DARRIN K. YOUNG                    CRIMINAL NO. 05-00051DAE

Petition for Action on Conditions of Pretrial Release

COMES NOW ALISON G.K. THOM, U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant DARRIN K. YOUNG, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since July 8, 2005. The current conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

Admitting to smoking crystal methamphetamine on May 1 and 2, 2006, in violation of Special Condition No. 9.

PRAYING THAT THE COURT WILL ORDER a Summons be issued and the defendant be brought forth to show cause as to why pretrial release should not be revoked.

ORDER OF COURT

Considered and ordered this 5th day of May, 2006 and ordered filed and made a part of the records in the above case.

_____
DAVID ALAN EZRA
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: May 5, 2006

_____
ALISON G.K. THOM
U.S. Pretrial Services Officer

Place: Honolulu, Hawaii