# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

5/24/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR05-00051DAE

CASE NAME:         USA v. Darrin K. Young

ATTYS FOR PLA:     Clare Connors

ATTYS FOR DEFT:    Loretta Faymonville

INTERPRETER:

JUDGE:   Kevin S.C. Chang         REPORTER:   FTR C5

DATE:    5/24/2006                TIME:       11:02-11:05:44am

COURT ACTION:  EP: Order to Show Cause Why Pretrial Release Should Not Be Revoked - defendant present, not in custody.

Defendant admits to the violation. Defendant is in agreement with the pretrial services report. Government, with some reservations, does not object to the pretrial services

Defendant admonished by the court

No further action on the alleged violation

Submitted by: Shari Afuso, Courtroom Manager