AO 83 (Rev. 12/85) Summons in a Criminal Case

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 05-00051 DAE |
| DARRIN K. YOUNG<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
MAY 2 4 2006
at 9 o'clock and 02 min A M
SUE BEITIA, CLERK

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>AS DESIGNATED |
|---|---|
| Before: Kevin S. C. Chang, United States Magistrate Judge | Date and Time<br>Wednesday, May 24, 2006<br>at 11:00 a.m. |

To Answer a Pretrial Release Violation Petition

Brief description of offense:

Admitting to smoking crystal methamphetamine on May 1 and 2, 2006, in violation of Special Condition No. 9

[U.S. Postal Service Certified Mail Receipt stamp; Sent To: D.K. Young 05/18/06 05-00051]

[Received stamp: 2006 MAY 18 AM 9:02 U.S. MARSHALS SERVICE HONOLULU, HI]

May 17, 2006
Date

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Darrin K. Young
   c/o Po'ailani, Inc.
   459 Kailua Road, #125
   Kailua, HI 96734

2. Article Number
   *(Transfer from service label)*  7005 1820 0002 1810 5259

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

RECEIVED 2006 MAY 24 AM 9:18 HONOLULU, US MARSHALS

AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 05-00051 DAE
USA vs. Darrin K. Young

# RETURN OF SERVICE

Service as made by me on:[1]                    Date

---

Check one box below to indicate appropriate method of service

☐   Served personally upon the defendant at: _____

☐   Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____       _____Mark M. Hanohano
             Date                  Name of United States Marshal

                                   _____
                                   (by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure