PETER C. WOLFF, JR.       #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE       #3947
Assistant Federal Public Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
Email:       fpdhi@hotmail.com

Attorney for Defendant
DARRIN YOUNG

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 05-00051 DAE |
| Plaintiff, | STIPULATION AND ORDER TO AMEND PRETRIAL CONDITIONS |
| vs. | |
| DARRIN YOUNG, | |
| Defendant. | |

G:\docs\Tammy\CMECF - STIPS\Criminal\USA v. Young - PT Conditions

## STIPULATION AND ORDER TO AMEND PRETRIAL CONDITIONS

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the pretrial release condition of Defendant DARRIN YOUNG, requiring him to reside at the Po'ailani Transitional Housing shall be amended to reflect that he be permitted to move to a residence approved by Pretrial Services.

Thereafter, Mr. Young may not move from such residence without prior approval of Pretrial Services.

All other conditions of release previously imposed shall remain in effect.

IT IS SO STIPULATED:

DATED: Honolulu, Hawaii, August 9, 2006.

   /s/Loretta A. Faymonville
LORETTA A. FAYMONVILLE
Attorney for Defendant
DARRIN YOUNG

  /s/ Clare Connors
CLARE CONNORS
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Alison Thom
ALISON THOM
Pretrial Services Officer

IT IS APPROVED AND SO ORDERED:



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: August 9, 2006

UNITED STATES v. DARRIN YOUNG, CR. NO. 05-00051 DAE, STIPULATION AND ORDER TO AMEND PRETRIAL RELEASE CONDITIONS