# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/01/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:      CR 05-00051DAE

CASE NAME:        USA v. Darrin K. Young

ATTYS FOR PLA:    Clare Connors

ATTYS FOR DEFT:   Loretta Faymonville

USPO:             Mona Godinet

JUDGE:   David Alan Ezra          REPORTER:   Cynthia Fazio

DATE:    11/01/2006               TIME:       9:00am-9:30am

COURT ACTION: EP: Sentencing to Count 1 of the Indictment as to Defendant Darrin K. Young.

Defendant's Oral Request for a continuance-GRANTED.

Sentencing to Count 1 of the Indictment as to Defendant Darrin K. Young-CONTINUED to 11/6/2006 @1115amDAE.

Current bail conditions of release to continue.

Submitted by: Theresa Lam, Courtroom Manager