# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/06/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00051DAE |
| CASE NAME: | USA v. Darrin K. Young |
| ATTYS FOR PLA: | Clare Connors |
| ATTYS FOR DEFT: | Loretta Faymonville |
| UPTS: | Carol Miyashiro, Allison Thom |
| USPO: | Ellie Asasaki |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 11/06/2006 | TIME: | 11:15am-11:20am |

COURT ACTION:  EP: Sentencing to Count 1 of the Indictment as to Defendant Darrin K. Young.

Defendant Darrin K. Young present, not in custody.

Defendant's Pretrial Release has been hereby-REVOKED.

Defendant allowed to make funeral arrangements for father via telephone.

Defendant will be allowed to attend father's funeral in the custody of the U.S. Marshals.

Further Sentencing to Count 1 of the Indictment as to Defendant Darrin K. Young- CONTINUED TO 11/20/2006 @230pmDAE.

Defendant remanded to the custody of U.S. Marshals.

Ms. Faymonville to prepare order.

Submitted by:  Theresa Lam, Courtroom Manager