ORIGINAL

PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii

LORETTA A. FAYMONVILLE #3947
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii 96850-5269
Telephone: (808) 541-2521
Facsimile: (808) 541-3545
E-Mail: fpdhi@hotmail.com

Attorney for Defendant
DARRIN YOUNG

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 0 8 2006

at __ o'clock __ min. __ M
SUE ___ CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>DARRIN YOUNG,<br><br>　　　　Defendant. | Cr. No. 05-00051 DAE<br><br>ORDER PERMITTING<br>DEFENDANT TO MAKE<br>FUNERAL ARRANGEMENTS BY<br>TELEPHONE AND TO ATTEND<br>HIS FATHER'S FUNERAL IN<br>MARSHAL'S CUSTODY |

**ORDER PERMITTING DEFENDANT TO MAKE FUNERAL ARRANGEMENTS BY TELEPHONE AND TO ATTEND HIS FATHER'S FUNERAL IN MARSHAL'S CUSTODY**

IS HEREBY ORDERED, in reference to Defendant Darrin Young, who was this day remanded to the custody of the United States Marshals, that:

(1)   DARRIN YOUNG shall be permitted to make phone calls from either or both the Marshal's Office and the Federal Detention Center, for the purpose of making funeral arrangements for his father; and,

(2)   DARRIN YOUNG shall be permitted to attend the funeral of his father, in Marshal's custody.

IT IS APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, NOV 08 2006.

_____
The Honorable DAVID A. EZRA
Judge of The United States District Court
District of Hawaii

APPROVED AS TO FORM ONLY:


/s/ Clare E. Connors
CLARE E. CONNORS
Assistant United States Attorney




UNITED STATES v. DARRIN YOUNG
Cr. No. 05-00051 DAE
ORDER PERMITTING DEFENDANT TO MAKE FUNERAL ARRANGEMENTS BY
TELEPHONE AND TO ATTEND HIS FATHER'S FUNERAL IN MARSHAL'S CUSTODY

2