ORIGINAL

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 2 0 2006

at __10__ o'clock and __ __ Min __A__ M
SUE BEITIA, CLERK

U.S.A. vs. DARRIN K. YOUNG                                CRIMINAL NO. 05-00051DAE

Petition for Action on Conditions of Pretrial Release

COMES NOW CAROL M. MIYASHIRO, Chief U.S. Pretrial Services Officer, presenting an official report upon the conduct of defendant DARRIN K. YOUNG, who was placed under pretrial release supervision by the Honorable Kevin S.C. Chang sitting in the Court at Honolulu, Hawaii. The defendant has been under pretrial services supervision since March 18, 2005. The conditions of pretrial release are as follows:

REFER TO PRETRIAL SERVICES REPORT(S)

Respectfully presenting petition for action of Court and for cause as follows:

The defendant has violated the conditions of pretrial release by:

Using illicit drugs on or about November 6, 2006, in violation of Special Condition No. 7.

PRAYING THAT THE COURT WILL ORDER that the defendant remain detained pursuant to the revocation of pretrial release on November 6, 2006.

ORDER OF COURT

Considered and ordered this 16th day of November, 2006 and ordered filed and made a part of the records in the above case.

_____
DAVID ALAN EZRA
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 16, 2006

_____
CAROL M. MIYASHIRO
Chief U.S. Pretrial Services Officer

Place: Honolulu, Hawaii