AO 245B    (Rev. 6/05) Judgment in a Criminal Case
         Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER:  1:05CR00051-001 | Judgment - Page 2 of 6 |
| DEFENDANT:  DARRIN K. YOUNG | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>24 MONTHS</u>

[✔]  The court makes the following recommendations to the Bureau of Prisons:
FDC Honolulu

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
    [ ] at ___ on ___.
    [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before _ on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 14 2007

at 8 o'clock and 30 min. A M
SUE BEITIA, CLERK

# RETURN

I have executed this judgment as follows:

Defendant delivered on  16 FEB 2007  to  FEDERAL DETENTION CENTER
P.O. BOX 30547
HONOLULU, HI 96820

at _____, with a certified copy of this judgment.

John T. Rathman
~~UNITED STATES MARSHAL~~
WARDEN

By  J. Lumii
~~Deputy U.S. Marshal~~
Legal Tech